AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>John Robert Muriello<br><br>*Defendant(s)* | Case No. 3:22-mj-81 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **2020 until May 28, 2021** in the county of **Johnson** in the **Southern** District of **Iowa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 846, 841(a)(1), (b)(1)(A) | Conspiracy to Distribute and Possess with the Intent to Distribute 50 grams and more of methamphetamine resulting in death |
| 18 USC § 2252(a)(4)(B), (b)(2) | Possession of child pornography depicting prepubescent minors and minors under the age of twelve years |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*
Ryan Wood, Detective, Iowa City PD
*Printed name and title*

Date: 06/24/2022

*Judge's signature*
Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*

City and state: Davenport, Iowa



FILED
By: Clerk's Office, Southern District of Iowa
1:33 pm, Jun 24 2022

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

UNITED STATES OF AMERICA   )
                           ) ss
SOUTHERN DISTRICT OF IOWA  )

Your affiant, Ryan Wood, being duly sworn states and deposes as follows:

1. I am a sworn police officer with the Iowa City Police Department and have been since November 2006. I have been a certified police officer in the state of Iowa since April 2006. Before my employment with the Iowa City Police Department, I was employed by the Linn County Sheriff's Office. During my employment with the Iowa City Police Department, I have served as a patrol officer; a detective on the Street Crimes Action Team (a unit focused on gangs and narcotics enforcement), and a narcotics investigator assigned to the Johnson County Multi-Agency Drug Task Force (JCDTF). The JCDTF is a multi-agency task force focused on narcotics interdiction and enforcement in the Johnson County area. I have been assigned to the JCDTF since December 2017. During the normal course of my duties, I conduct investigations involving a variety of criminal violations, including violations of federal firearms statutes and federal narcotics statutes. I have arrested numerous individuals for violating both state and federal statutes related to the possession, manufacture, sale and/or distribution of controlled substances. I have also received formal training through the Iowa Law Enforcement Academy, the Midwest Counterdrug Training Center, the Iowa Department of Public Safety Law Enforcement Intelligence Network.

2. This affidavit is in support of a criminal complaint and arrest warrant for John Robert Muriello (Muriello), charging him with Conspiracy to Distribute and Possess with the Intent to Distribute 50 grams and more of methamphetamine, a Schedule II Controlled Substance, and death resulted from the use of the methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) and with possession of child pornography depicting prepubescent minors and minors under the age of twelve years in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).  This affidavit contains some, but not all, of the information known to me regarding this investigation. It contains information provided to me by law enforcement officers and witnesses including police reports as I was not present for all of the incidents reported below.

### Probable Cause

3. On May 12, 2021, at approximately 6:00 a.m., Eric Johnathan Hojka (Hojka) called 9-1-1 regarding the unconscious victim referred to hereinafter as TS.  Police and ambulance responded and attempted life-saving measures on TS. TS was transported to the hospital where he was pronounced dead. An autopsy revealed TS

1

died of methamphetamine intoxication. There was a "recent minute needle puncture mark" found during the autopsy.

4. Investigation revealed that Hojka was a regular user of methamphetamine, that he had obtained methamphetamine through his relationship with Muriello, from a man in California, and had distributed it to TS, who injected it, lost consciousness, and died. Further investigation revealed Hojka and Muriello had been obtaining quantities of "ice" methamphetamine (as much as an ounce or more at a time) on multiple occasions by mail from the supplier in California. Both Muriello and Hojka communicated with the California supplier by telephone and via "Zoom" rooms. On May 18, 2022, in federal district court, Hojka entered a guilty plea to conspiracy to distribute 50 grams and more of methamphetamine resulting in the death of TS.

5. In July of 2021, the California methamphetamine supplier, mentioned above, was investigated in an unrelated matter, conducted separately by the United States Postal Inspection Service (USPIS). During their investigation, a mail package sent by the California supplier to Chicago, Illinois was intercepted by the USPIS and found to contain to 112.10 grams of a substance containing methamphetamine that was found by the USPIS's laboratory to be about 95% pure methamphetamine.

6. Further investigation revealed that the California supplier had been mailing packages of methamphetamine to Muriello, and some to Hojka, beginning in 2020. Evidence recovered from Hojka's cellular telephone revealed drug-related contacts with the California supplier up to May of 2021, just before the death of TS.

7. On May 28, 2021, members of the Iowa City police department conducted a search of Muriello's residence in Iowa City, Iowa. During the search, police found and seized numerous items including laptops (MacBooks), cellphones, external computer storage devices ("flash drive" and Seagate External HDD), CD's, DVD's, tapes, and floppy disks. They also found three separate packages containing .07, .11, and 1.87 grams of methamphetamine. Data from the electronic devices was downloaded and reviewed by officers forensically-trained to handle digital media such as the items discovered in Muriello's residence.

8. The Seagate External HDD external hard drive found in an office used by Muriello had three partitions and was password protected. Police were able to determine the password to be "MethFuck666" and used it to decrypt the partitions. Thousands of artifacts were found in unallocated space within the device including media files (photos and videos). In total, 18,580 photos and 3,183 videos were discovered on the device. Nearly all were pornographic and approximately 12,000 of the media files were of male children (boys) under the age of 18. The images could not be linked to specific files or file names but a search of file names revealed certain file names were associated with "bb rpe" which your affiant believes means "baby rape." These were associated with a deleted "zip" file (compressed file). The zip file

2

with this name had 6 directories and a total of 86 media files, most were videos. There were 1,337 videos carved from the device. There were multiple videos of pre-pubescent children engaged in bestiality (3), pre-pubescent children engaged in bondage (9), and pre-pubescent children engaged in sex acts (163). The hash values (forensic fingerprints) of the images were sent to National Center for Missing and Exploited Children (NCMEC) and it found 165 identified children from its database and 1,034 recognized by NCMEC's *initial Hash Value Comparison Report*, indicating that these images had previously been submitted to NCMEC. There were images of Muriello found in the device including images where the words "Meth Junkie" and "666" and "Pedo Cock" were written on his torso.

9. The police found additional evidence on a 13-incle Apple MacBook Pro laptop also found in the office of Muriello's residence. The password "MethFuck666" successfully opened the files. One of the user accounts on the laptop was named "john muriello" and the other was named "billybigelow", a character from the Rodgers and Hammerstein musical "Carousel." In the "john muriello" user file/account, there was a directory named "cumpilations" that contained 5 videos of boys 10 to 14 years old, or so, engaging in sex acts. In another directory named "26 very hot vids" there were at least 18 videos depicting pre-pubescent children (2 identified by NCMEC) engaged in sex acts.

10. Four profile names for "Skype" accounts were found on the Apple laptop mentioned above including bbchemperv, john.muriello, live:jecr6969, and erichojka. Many "Skype" chats recovered from the laptop were associated with drug use and overt sexual activity. In addition, an iMac computer was found to have chats involving the use and distribution of drugs and child pornography including a video in allocated space named: !!!!!video_boys_fucking_very_gd_v5b.3gp.

11. On June 21, 2022, your affiant and others interviewed a cooperating defendant (CD) who your affiant believes is reliable. The CD agreed to be interviewed by law enforcement in the presence of his attorney. The CD lived in the Iowa City area during the relevant time period and described knowing "John," a professor at some college in Iowa City. [Muriello is a professor of music/opera at the University of Iowa.] The CD positively identified a photograph of John Muriello as "John." The CD advised that John is a person engaged in distributing methamphetamine and child pornography. The CD was aware that John ordered methamphetamine over the internet from someone in California and that John received packages of methamphetamine in the mail. The CD advised that about a year to a year and a half ago, John told the CD that John had purchased a quarter of a pound of methamphetamine from California which was shipped to John. John had provided one ounce of the drugs to a person named Eric and Eric then provided it to a man visiting from Las Vegas who overdosed and died. Your affiant is certain that the CD is referring to Eric Hojka and the death of TS.

12. Based on the foregoing, there is probable cause to believe John Robert Muriello conspired with others to Distribute and Possess with the Intent to Distribute a 50 grams and more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) resulting in the death of TS, and with Possession of child pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2) on May 28, 2021 in the Southern District of Iowa.

_____
Ryan Wood
Detective, Iowa City Police Department

Sworn to before me by telephone or other reliable electronic means on this the 24th day of June 2022.

_____
Stephen B. Jackson Jr.
United States Magistrate Judge
Southern District of Iowa

4