UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
AT DAVENPORT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:22-mj-00081 |
| vs. | ) **APPEARANCE** |
| JOHN ROBERT MURIELLO, | ) |
| Defendant. | ) |

COMES NOW, Andrea D. Jaeger of Keegan, Tindal, & Jaeger, and enters her appearance on behalf of Defendant John Robert Muriello.

Respectfully submitted,

*/s/ Andrea D. Jaeger*
Andrea D. Jaeger
Keegan, Tindal, and Jaeger
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754/563-355-6666
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

### Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on July 1, 2022, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Jaeger*